

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2022

No. 04-21-00583-CV

Merardo **MACAL**,
Appellant

v.

Aizar J. **KARAM**, Jr.,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-21-73
Honorable Orlando Rodriguez, Judge Presiding

# O R D E R

Appellant's reply brief was originally due May 31, 2022. On May 20, 2022, appellant filed an unopposed motion requesting an additional extension of time to file the reply brief until June 30, 2022. After consideration, we **GRANT** the motion and **ORDER** appellant to file their reply brief **by June 30, 2022.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court